FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**BRANDON MAESTAS**,<br><br>    Defendant. | CRIMINAL NO. 16-1098 WJ<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 28 Grams and More of Cocaine Base;<br><br>Count 2: 21 U.S.C. § 856(a): Maintaining a Drug-Involved Premises;<br><br>Count 3: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of Firearms and Ammunition;<br><br>Count 4: 18 U.S.C. § 924(c): Possessing a Firearm in Furtherance of a Drug Trafficking Crime. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 19, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **BRANDON MAESTAS,** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 28 grams and more of mixture and substance containing a detectable amount of cocaine base.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about February 19, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **BRANDON MAESTAS**, knowingly opened, leased, rented, used, and maintained a place, 12 Entrada de Montoya, Santa Fe, New Mexico, for the purpose of distributing,

manufacturing, and using a controlled substance, specifically cocaine base, and managed and controlled said place and knowingly and intentionally rented, leased, profited from, and made available for use said place for the purpose of unlawfully storing, distributing, and using said controlled substance.

In violation of 21 U.S.C. § 856(a).

## Count 3

On or about February 19, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **BRANDON MAESTAS**, having been previously convicted of distribution of marijuana, a felony crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms and ammunition:

1) a Beretta PX-4 Storm 9mm pistol, serial number PX7836B,

2) fifteen (15) 9mm pistol cartridges,

3) a 7.62x25mm pistol, serial number R12819,

4) eight (8) 7.62x25mm pistol cartridges,

5) a Beretta 92-FS model 9mm pistol, serial number BER370666Z,

6) ten (10) 9mm pistol cartridges,

7) a .22 caliber pistol, serial number 030303, and

8) two (2) .22 caliber cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count 4

On or about February 19, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **BRANDON MAESTAS**, knowingly possessed firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States,

specifically possession with intent to distribute cocaine base as charged in Count 1 of this indictment.

In violation of 18 U.S.C. § 924(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
Tuesday, March 22, 2016