**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE**

Before the Honorable Karen B. Molzen

United States Magistrate Judge

| Clerk's Minutes | Arraignment | | | |
|---|---|---|---|---|
| Date: | 3/31/2016 | Case Number: | CR 16-1098 WJ | |
| Case Title: USA v. | Brandon Maestas | Liberty: | Gila @ | 9:43 am |
| Courtroom Clerk: | E. Romero | Total Time: | 1 minute | |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | T. Neda | Defendant: | David Serna |
|---|---|---|---|

PROCEEDINGS:

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enter a plea of NOT GUILTY to all counts |
| ☒ | Motions due by: 4/20/2016 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Johnson |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant remanded to custody of the United States Marshal's Service |
| ☐ | Other: |